UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PROSPECT YACHT CLUB, LLC                                          Plaintiff

v.                                                     Civil Action No. 3:23-cv-124-RGJ

CARRIER MARINE SERVICES                                          Defendant

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) The Court **GRANTS** a declaratory judgment on Claim 1:

   a. Carrier Marine Services has not asserted and cannot assert a claim for a maritime lien under 46 U.S.C. § 31342 because Prospect Yacht Club, LLC's dock is not a vessel.

(2) The Court **GRANTS** a declaratory judgment on Claim 2:

   a. The contract does not establish that Carrier Marine Services has a security interest against Prospect Yacht Club, LLC's dock;

   b. Because the contract does not establish a security interest, Carrier Marine Services' UCC filing falls outside the scope of KRS § 355.9-109; and

   c. Because Carrier Marine Services' filing falls outside the scope of KRS § 355.9-109, it is invalid.

(3) Although an actual controversy exists between Prospect Yacht Club, LLC and Carrier Marine Services as to the amount owed under the contract, the Court **DENIES** a declaratory judgment on Claim 3.

(4) Claim 3 is **DISMISSED** with prejudice.

(5) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

August 14, 2024

cc: counsel of record