UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PROSPECT YACHT CLUB, LLC                                                    Plaintiff

v.                                                                           Civil Action No. 3:23-cv-124-RGJ

CARRIER MARINE SERVICES                                                     Defendant

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) The Court **GRANTS** a declaratory judgment on Claim 1:

    a. Carrier Marine Services has not asserted and cannot assert a claim for a maritime lien under 46 U.S.C. § 31342 because Prospect Yacht Club, LLC's dock is not a vessel.

(2) The Court **GRANTS** a declaratory judgment on Claim 2:

    a. The contract does not establish that Carrier Marine Services has a security interest against Prospect Yacht Club, LLC's dock;

    b. Because the contract does not establish a security interest, Carrier Marine Services' UCC filing falls outside the scope of KRS § 355.9-109; and

    c. Because Carrier Marine Services' filing falls outside the scope of KRS § 355.9-109, it is invalid.

(3) Although an actual controversy exists between Prospect Yacht Club, LLC and Carrier Marine Services as to the amount owed under the contract, the Court **DENIES** a declaratory judgment on Claim 3.

(4) Claim 3 is **DISMISSED** with prejudice.

(5) The Court **GRANTS** a declaratory judgment to Carrier Marine Services on its counterclaim:

   a. The contract establishes that Carrier Marine Services is entitled to payment of $12,800 for services provided, pursuant to the rate of $800 per hour;

   b. Because the contract establishes that late payments shall earn interest at a rate of 1.5% per month, Carrier Marine Services is entitled to applicable interest consistent with this rate.

(6) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

September 29, 2025

cc: counsel of record